**James Ray WREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40720.**

Missouri Court of Appeals, Western District.

Feb. 21, 1989.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and SHANGLER and BERREY, JJ.

ORDER

PER CURIAM.

Movant appeals from denial, after evidentiary hearing, of Rule 27.26 (now repealed) motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).

**STATE of Missouri, Respondent,**

v.

**Lester E. TRIMBLE, Appellant.**

**No. WD 40838.**

Missouri Court of Appeals, Western District.

Feb. 21, 1989.

Donald L. Catlett, Jefferson City, for appellant.

Randall B. Johnston, Pros. Atty., Callaway County, Fulton, for respondent.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from a conviction of driving while intoxicated, in violation of § 577.010.1, RSMo 1986, a conviction of driving without a valid operator's license, in violation of § 302.020, RSMo 1986 and a conviction of careless and imprudent driving, in violation of § 304.010.1, RSMo 1986.

Affirmed. Rule 30.25(b).